UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (Poughkeepsie)

In re:

Edward Vincent Tucker dba E Tucker
and Attie Lee Tucker,

               Debtor(s).

Chapter 13

Case No. 16-36910-CGM

## ORDER DENYING RELIEF FROM STAY

**WHEREAS**, pursuant to the motion of the secured creditor, Shellpoint Mortgage Servicing as Servicing Agent for MTGLQ Investors, L.P. (the "Creditor"), for an Order vacating the automatic stay pursuant to by virtue of 11 U.S.C. §362 and 11 U.S.C. 1031c(3) and to permit Creditor to exercise all of its right and remedies with respect to its collateral for the indebtedness of Edward Vincent Tucker dba E Tucker and Attie Lee Tucker, to Creditor and;

**WHEREAS**, after due consideration having been made of the application and the opposition, if any, the Court is of the opinion that the relief prayed for in the motion should be DENIED.

###



**Dated: May 15, 2017**
    **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**